IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BRUCE HARRISON PARKMAN, SR., | * |
| Plaintiff, | * |
| v. | Case No. 4:22-CV-12-CDL-MSH |
| | * |
| CASHWELL TITLE PAWN COMPANY, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 5, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of October, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk